IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| THEODORE BUNYEN WILKERSON JR | ) | Case No. 15−31131−KRH |
| DELPHINE GREEN WILKERSON | ) | Chapter 13 |
| | ) | |
| Debtors | ) | |

## MOTION FOR EXTENSION OF TIME FOR FILING CERTIFICATE OF COMPLETION OF POST-PETITION FINANCIAL MANAGEMENT COURSE AND CERTIFICATION PURSUANT TO 11 U.S.C. § 1328

COME NOW the Debtors, by counsel, and file this Motion to extend the time for the filing of the Certificate of Completion of Post-Petition Financial Management Course and Certification Pursuant to 11 U.S.C. § 1328; and in support hereof state unto the Court as follows:

1. The Debtors filed the Chapter 13 petition herein on March 4, 2015.

2. The Debtors have completed the Chapter 13 Plan payments and on or about April 17, 2020 the Court issued a Notice to Debtors and Creditors Concerning Issuance of Discharge.

3. Counsel for the Debtors has had difficulty in contacting the Debtors to remind the Debtor of the requirement to complete the Post-Petition Financial Management Course and sign the Certification Pursuant to 11 U.S.C. § 1328.

WHEREFORE, the Debtors respectfully request that the Court enter an Order extending the time for the filing of the Debtors' Certificate of Completion of Post-Petition Financial

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, VA  23218
(804) 225-9500 (phone)
(804) 225-9598 (fax)
jkane@kaneandpapa.com
*Counsel for Debtors*

Management Course and Certification Pursuant to 11 U.S.C. § 1328, and for such other relief as the Court may deem appropriate.

                Respectfully submitted,

                THEODORE BUNYEN WILKERSON JR
                DELPHINE GREEN WILKERSON

                By: /s/ James E. Kane
                      Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, VA  23218
(804) 225-9500 (phone)
(804) 225-9598 (fax)
jkane@kaneandpapa.com
*Counsel for Debtors*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 29, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and to all creditors and parties in interest on the attached mailing matrix.

                /s/ James E. Kane
                    James E. Kane

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| THEODORE BUNYEN WILKERSON JR ) | Case No. 15−31131−KRH |
| DELPHINE GREEN WILKERSON ) | Chapter 13 |
| ) | |
| Debtors ) | |

## NOTICE OF MOTION

The above Debtors have filed Motion to extend the time for the filing of the Certificate of Completion of Post-Petition Financial Management Course and Certification Pursuant to 11 U.S.C. § 1328.

<u>Your rights may be affected</u>.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will <u>receive</u> it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA  23219

You must also mail a copy to:

    James E. Kane, Esquire
    Kane & Papa, P.C.
    1313 East Cary Street
    Richmond, Virginia  23219

- Attend a hearing scheduled at a later date.  You will receive a separate notice of hearing. <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing</u>.

3

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Respectfully submitted,

THEODORE BUNYEN WILKERSON JR
DELPHINE GREEN WILKERSON

By: /s/ James E. Kane
        Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, VA  23218
(804) 225-9500 (phone)
(804) 225-9598 (fax)
jkane@kaneandpapa.com
*Counsel for Debtors*

### CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and to all creditors and parties in interest on the attached mailing matrix.

/s/ James E. Kane
    James E. Kane

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 15-31131-KRH<br>Eastern District of Virginia<br>Richmond<br>Mon Apr 30 14:59:44 EDT 2018 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 | AT&T Mobility II LLC<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 |
| BCC Financial<br>PO Box 590067<br>Fort Lauderdale, FL 33359-0067 | Baiko Pathology<br>6240 Shiloh Road<br>Alpharetta, GA 30005-8347 | Bon Secours<br>P.O. Box 28538<br>Henrico, VA 23228-8538 |
| CAC Financial Corp.<br>2601 NW Expressway<br>Oklahoma City, OK 73112-7236 | CFM<br>PO BOX 740776<br>Cincinnati, OH 45274-0776 | Capio Partners<br>PO Box 1378<br>Sherman, TX 75091-1378 |
| Capital City<br>P.O. Box 740776<br>Cincinnati, OH 45274-0776 | Cardiolabs Inc.<br>357 Riverside Drive STE 1000<br>Franklin, TN 37064-5451 | Cjw Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 |
| Comenity Bank/lnbryant<br>Po Box 182789<br>Columbus, OH 43218-2789 | Commonwealth of Virginia<br>Department of Taxation<br>P.O. Box 2156<br>Richmond, VA 23218-2156 | Credit Collection Services<br>Two Wells Avenue<br>Dept. 9136<br>Newton Center, MA 02459-3225 |
| Flagstar Bank<br>Attn: Bankruptcy Dept<br>5151 Corporate Dr<br>Troy, MI 48098-2639 | (p)FLAGSTAR BANK FSB<br>5151 CORPORATE DRIVE<br>MAIL STOP E 115 3<br>TROY MI 48098-2639 | (p)FOCUSED RECOVERY SOLUTIONS<br>9701 METROPOLITAN COURT<br>STE B<br>RICHMOND VA 23236-3690 |
| Fst Premier<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | Heart Specialist of Richmond<br>505 W Leigh Street, Ste 205<br>Richmond, VA 23220-3239 | Hillcrest Davidson & A<br>850 N Dorothy Dr Ste 512<br>Richardson, TX 75081-2794 |
| (p)HORIZON FINANCIAL MANAGEMENT LLC<br>9980 GEORGIA ST<br>CROWN POINT IN 46307-6520 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Lab Corp.<br>PO Box 2240<br>Burlington, NC 27216-2240 | Memorial Regional Medical Cent<br>P.O. Box 33130<br>Phoenix, AZ 85067-3130 | Millennia Collections<br>78 Marion Beavers Road Ste B<br>Sharpsburg, GA 30277-6911 |
| Parrish & Lebar<br>5 East Franklin Street<br>Richmond, VA 23219-2105 | Planet Home Lending, LLC<br>c/o BWW Law Group, LLC<br>8100 Three Chopt Rd., Suite 240<br>Richmond, VA 23229-4833 | Pmab Srvc<br>4135 S Stream Blvd Ste 4<br>Charlotte, NC 28217-4523 |

Pulmonary Associates of Rich.
100 Boulders Parkway
Suite 102
Richmond, VA 23225-0000

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

Quest Diagnostics
PO Box 71303
Philadelphia, PA 19176-1303


Stern & Associates
415 N Edgeworth St Ste 2
Greensboro, NC 27401-2071

Transworld Systems
P.O. Box 1864
Santa Rosa, CA 95402-1864

Verizon
500 Technology Dr
Ste 550
Weldon Spring, MO 63304-2225


(p)VIRGINIA DEPARTMENT OF TAXATION
P O BOX 2156
RICHMOND VA 23218-2156

Virginia Urosurgical Center
9105 Stony Point Drive
Richmond, VA 23235-1979

Vivint Technologies
Accounts Receivable Technologi
371 Hoes Ln Suite 300B
Piscataway, NJ 08854-4143


Delphine Green Wilkerson
370 Azalea Avenue
Richmond, VA 23227-3620

James E. Kane
Kane & Papa, PC
1313 East Cary Street
P.O. Box 508
Richmond, VA 23218-0508

Suzanne E. Wade
P.O. Box 1780
Richmond, VA 23218-1780


Theodore Bunyen Wilkerson Jr
370 Azalea Avenue
Richmond, VA 23227-3620


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


Flagstar Bank, FSB
5151 Corporate Drive
MS S-110-3
Troy, MI 48098

Focus Recovery Solutions
Attn: Bankruptcy
9701 Metropolitan Court  Ste B
Richmond, VA 23236-0000

Horizon Financial Management
9980 Georgia Street
Crown Point, IN 46307-0000


Internal Revenue Service
Kansas City, MO 64999-0002

Virginia Dept. of Taxation
Post Office Box 1115
Richmond, VA 23218-1115


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)Flagstar Bank, FSB

End of Label Matrix
Mailable recipients    42
Bypassed recipients     1
Total                  43