# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

**Richmond** Division

In re  Theodore Bunyen Wilkerson, Jr
      Delphine Green Wilkerson

Case No.  15-31131-KRH

Debtor(s)

Chapter  13

## ORDER GRANTING EXTENSION OF TIME
## TO FILE CERTIFICATION ABOUT A FINANCIAL MANAGEMENT COURSE

The above debtor(s) having filed a motion for extension of time to file Certification About a Financial Management Course (Official Form 423) pursuant to Federal Rules of Bankruptcy Procedure 1007(c), it is, therefore

**ORDERED**, under authority of Rule 1007(c) of the Federal Rules of Bankruptcy Procedure, the time for filing the Certification About a Financial Management Course (Official Form 423), as described in 11 U.S.C. § 111, is extended until    June 15, 2020   . Failure to file the certification will result in the case being closed without an entry of discharge.

Date:  Jun 17 2020

/s/ Kevin R. Huennekens
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:  Jun 17 2020

[oextof23 ver. 12/15]