# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF VIRGINIA

<u>    Richmond    </u> Division

In re   Theodore Bunyen Wilkerson, Jr
      Delphine Green Wilkerson                  Case No.   15-31131-KRH

            Debtor(s)                         Chapter   13

## ORDER GRANTING EXTENSION OF TIME TO FILE DEBTOR'S CERTIFICATION OF COMPLIANCE WITH 11 U.S.C. § 1328

The above debtor(s) having filed a motion for extension of time to file Debtor's Certification of Compliance with 11 U.S.C. § 1328, pursuant to Local Rule 4008-2, it is therefore

ORDERED that the time for filing the Debtor's Certification of Compliance with 11 U.S.C. § 1328 is extended until <u>  June 15, 2020  </u>.[1] Failure to file the certification may result in the case being closed without an entry of a discharge order.

Date <u>Jun 17 2020        </u>

                                 /s/ Kevin R. Huennekens
                                    United States Bankruptcy Judge

                                    NOTICE OF JUDGMENT OR ORDER
                                    ENTERED ON DOCKET:  Jun 17 2020

---

[1] Insert date that is 14 days from the date the Certification was originally due.

[oext1328 ver.12/11]