IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| THEODORE BUNYEN WILKERSON JR | ) | Case No. 15−31131−KRH |
| DELPHINE GREEN WILKERSON | ) | Chapter 13 |
| | ) | |
| Debtors | ) | |

**SECOND MOTION FOR EXTENSION OF TIME FOR FILING
CERTIFICATE OF COMPLETION OF POST-PETITION FINANCIAL
MANAGEMENT COURSE AND CERTIFICATION  PURSUANT TO 11 U.S.C. § 1328**

COME NOW the Debtors, by counsel, and file this Second Motion to extend the time for the filing of the Certificate of Completion of Post-Petition Financial Management Course and Certification Pursuant to 11 U.S.C. § 1328; and in support hereof state unto the Court as follows:

1.	The Debtors filed the Chapter 13 petition herein on March 4, 2015.

2.	The Debtors have completed the Chapter 13 Plan payments and on or about April 17, 2020 the Court issued a Notice to Debtors and Creditors Concerning Issuance of Discharge.

3.	Counsel for the Debtors has had difficulty in contacting the Debtors to remind the Debtor of the requirement to complete the Post-Petition Financial Management Course and sign the Certification Pursuant to 11 U.S.C. § 1328.  Counsel was successful in contacting the son of the Debtors, but he was unable to provide counsel with the necessary contact information.

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, VA  23218
(804) 225-9500 (phone)
(804) 225-9598 (fax)
jkane@kaneandpapa.com
*Counsel for Debtors*

4. Although the Court granted the Debtors' first Motion for Extension of Time on this matter on June 17, 2020, the extension date set forth in the Order was June 15, 2020, two days <u>before</u> the Order was entered, thus preventing counsel from timely filing a request for a second extension.

WHEREFORE, the Debtors respectfully request that the Court enter an Order extending the time for the filing of the Debtors' Certificate of Completion of Post-Petition Financial Management Course and Certification Pursuant to 11 U.S.C. § 1328, and for such other relief as the Court may deem appropriate.

Respectfully submitted,

THEODORE BUNYEN WILKERSON JR
DELPHINE GREEN WILKERSON

By: /s/ James E. Kane
      Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, VA  23218
(804) 225-9500 (phone)
(804) 225-9598 (fax)
jkane@kaneandpapa.com
*Counsel for Debtors*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 18, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and to all creditors and parties in interest on the attached mailing matrix.

                                              /s/ James E. Kane
                                                  James E. Kane

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

| | |
|---|---|
| IN RE: ) | |
| ) | |
| THEODORE BUNYEN WILKERSON JR ) | Case No. 15−31131−KRH |
| DELPHINE GREEN WILKERSON ) | Chapter 13 |
| ) | |
| Debtors ) | |

**NOTICE OF MOTION AND HEARING**

The above Debtors have filed a Second Motion to extend the time for the filing of the Certificate of Completion of Post-Petition Financial Management Course and Certification Pursuant to 11 U.S.C. § 1328.

Your rights may be affected.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then you or your attorney must:

- File with the court, at the address shown below, a written request for a hearing [or written response pursuant to Local Bankruptcy Rule 9013-1(H)].  If you mail your request for a hearing (or response) to the court for filing, you must mail it early enough so the court will receive it on or before the date stated above, to:

    Clerk of Court
    United States Bankruptcy Court
    701 East Broad Street
    Richmond, VA  23219

You must also mail a copy to:

    James E. Kane, Esquire
    Kane & Papa, P.C.
    1313 East Cary Street
    Richmond, Virginia  23219

4

- Attend a hearing scheduled for **July 15, 2020 at 12:00 p.m. at 701 E. Broad Street, Room 5000, Richmond, VA**. <u>If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing</u>.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Respectfully submitted,

THEODORE BUNYEN WILKERSON JR
DELPHINE GREEN WILKERSON

By: /s/ James E. Kane
        Counsel

James E. Kane (VSB #30081)
KANE & PAPA, P.C.
P.O. Box 508
Richmond, VA  23218
(804) 225-9500 (phone)
(804) 225-9598 (fax)
jkane@kaneandpapa.com
*Counsel for Debtors*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 18, 2020, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all parties registered to receive notice thereof and to all creditors and parties in interest on the attached mailing matrix.

/s/ James E. Kane
    James E. Kane

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0422-3<br>Case 15-31131-KRH<br>Eastern District of Virginia<br>Richmond<br>Mon Apr 30 14:59:44 EDT 2018 | United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219-1888 | AT&T Mobility II LLC<br>% AT&T Services, Inc<br>Karen Cavagnaro, Paralegal<br>One AT&T Way, Room 3A104<br>Bedminster, NJ 07921-2693 |
| BCC Financial<br>PO Box 590067<br>Fort Lauderdale, FL 33359-0067 | Baiko Pathology<br>6240 Shiloh Road<br>Alpharetta, GA 30005-8347 | Bon Secours<br>P.O. Box 28538<br>Henrico, VA 23228-8538 |
| CAC Financial Corp.<br>2601 NW Expressway<br>Oklahoma City, OK 73112-7236 | CFM<br>PO BOX 740776<br>Cincinnati, OH 45274-0776 | Capio Partners<br>PO Box 1378<br>Sherman, TX 75091-1378 |
| Capital City<br>P.O. Box 740776<br>Cincinnati, OH 45274-0776 | Cardiolabs Inc.<br>357 Riverside Drive STE 1000<br>Franklin, TN 37064-5451 | Cjw Medical Center<br>Resurgent Capital Services<br>PO Box 1927<br>Greenville, SC 29602-1927 |
| Comenity Bank/lnbryant<br>Po Box 182789<br>Columbus, OH 43218-2789 | Commonwealth of Virginia<br>Department of Taxation<br>P.O. Box 2156<br>Richmond, VA 23218-2156 | Credit Collection Services<br>Two Wells Avenue<br>Dept. 9136<br>Newton Center, MA 02459-3225 |
| Flagstar Bank<br>Attn: Bankruptcy Dept<br>5151 Corporate Dr<br>Troy, MI 48098-2639 | (p)FLAGSTAR BANK FSB<br>5151 CORPORATE DRIVE<br>MAIL STOP E 115 3<br>TROY MI 48098-2639 | (p)FOCUSED RECOVERY SOLUTIONS<br>9701 METROPOLITAN COURT<br>STE B<br>RICHMOND VA 23236-3690 |
| Fst Premier<br>3820 N Louise Ave<br>Sioux Falls, SD 57107-0145 | Heart Specialist of Richmond<br>505 W Leigh Street, Ste 205<br>Richmond, VA 23220-3239 | Hillcrest Davidson & A<br>850 N Dorothy Dr Ste 512<br>Richardson, TX 75081-2794 |
| (p)HORIZON FINANCIAL MANAGEMENT LLC<br>9980 GEORGIA ST<br>CROWN POINT IN 46307-6520 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Lab Corp.<br>PO Box 2240<br>Burlington, NC 27216-2240 | Memorial Regional Medical Cent<br>P.O. Box 33130<br>Phoenix, AZ 85067-3130 | Millennia Collections<br>78 Marion Beavers Road Ste B<br>Sharpsburg, GA 30277-6911 |
| Parrish & Lebar<br>5 East Franklin Street<br>Richmond, VA 23219-2105 | Planet Home Lending, LLC<br>c/o BWW Law Group, LLC<br>8100 Three Chopt Rd., Suite 240<br>Richmond, VA 23229-4833 | Pmab Srvc<br>4135 S Stream Blvd Ste 4<br>Charlotte, NC 28217-4523 |

| | | |
|---|---|---|
| Pulmonary Associates of Rich.<br>100 Boulders Parkway<br>Suite 102<br>Richmond, VA 23225-0000 | Quantum3 Group LLC as agent for<br>Comenity Bank<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quest Diagnostics<br>PO Box 71303<br>Philadelphia, PA 19176-1303 |
| Stern & Associates<br>415 N Edgeworth St Ste 2<br>Greensboro, NC 27401-2071 | Transworld Systems<br>P.O. Box 1864<br>Santa Rosa, CA 95402-1864 | Verizon<br>500 Technology Dr<br>Ste 550<br>Weldon Spring, MO 63304-2225 |
| (p)VIRGINIA DEPARTMENT OF TAXATION<br>P O BOX 2156<br>RICHMOND VA 23218-2156 | Virginia Urosurgical Center<br>9105 Stony Point Drive<br>Richmond, VA 23235-1979 | Vivint Technologies<br>Accounts Receivable Technologi<br>371 Hoes Ln Suite 300B<br>Piscataway, NJ 08854-4143 |
| Delphine Green Wilkerson<br>370 Azalea Avenue<br>Richmond, VA 23227-3620 | James E. Kane<br>Kane & Papa, PC<br>1313 East Cary Street<br>P.O. Box 508<br>Richmond, VA 23218-0508 | Suzanne E. Wade<br>P.O. Box 1780<br>Richmond, VA 23218-1780 |
| Theodore Bunyen Wilkerson Jr<br>370 Azalea Avenue<br>Richmond, VA 23227-3620 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Flagstar Bank, FSB<br>5151 Corporate Drive<br>MS S-110-3<br>Troy, MI 48098 | Focus Recovery Solutions<br>Attn: Bankruptcy<br>9701 Metropolitan Court  Ste B<br>Richmond, VA 23236-0000 | Horizon Financial Management<br>9980 Georgia Street<br>Crown Point, IN 46307-0000 |
| Internal Revenue Service<br>Kansas City, MO 64999-0002 | Virginia Dept. of Taxation<br>Post Office Box 1115<br>Richmond, VA 23218-1115 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Flagstar Bank, FSB | End of Label Matrix<br>Mailable recipients    42<br>Bypassed recipients     1<br>Total                  43 | |